In the Matter of the Claim of DORA SEIDERBAUM, Respondent, v. BLAKE TRUCKING CORPORATION and Another, Appellants. STATE INDUSTRIAL BOARD. Respondent.— Award reversed and claim remitted, with costs against the State Industrial Board to abide the event, on the ground that the record is devoid of proof as to the uses made of the moneys turned in for the house by the deceased employee, and does not indicate that any part thereof was used for the support of the mother. All concur.

OWEN SHANLEY, Respondent, v. WHITEHEAD BROTHERS COMPANY, Appellant.— Motion denied, with ten dollars costs.

In the Matter of the Claim of MABEL SHARPE, Respondent, v. THE TEXAS COMPANY and Another, Appellants. STATE INDUSTRIAL BOARD, Respondent.— Award unanimously affirmed, with costs to the State Industrial Board. Van Kirk, J., not sitting.

SHERMAN & SONS COMPANY, Suing in Behalf of Itself and Others Similarly Situated, Appellant, v. HOWARD A. POTOLSKI and ELLSWORTH-ALBANY, INC., Respondents.— Judgment unanimously affirmed, with costs.

In the Matter of the Claim of PETER SIMON, Appellant, v. AMERICAN EXPRESS COMPANY, Respondent. STATE INDUSTRIAL BOARD, Respondent.— Award unanimously affirmed, with costs to the State Industrial Board.

GEORGE A. SMITH, Respondent, v. BOSTON and MAINE RAILROAD, Appellant.— Judgment and order unanimously affirmed, with costs.

In the Matter of the Claim of JOHN J. THURBER, Respondent, v. PENNSYLVANIA RAILROAD COMPANY, Appellant. STATE INDUSTRIAL BOARD, Respondent.— Award unanimously affirmed, with costs to the State Industrial Board.

In the Matter of the Claim of CARRIE TOZIER, Respondent, v. J. F. KULP & SONS COMPANY and Another, Appellants. STATE INDUSTRIAL BOARD, Respondent.— Award unanimously affirmed, with costs to the State Industrial Board.

WILLIAM W. VAN KEUREN, Appellant, v. W. ARTHUR FARRAR, Respondent.— Judgment unanimously affirmed, with costs.

In the Matter of the Claim of MRS. FRANK VOGLER, Respondent, v. ONTARIO KNIFE COMPANY, Defendant and THE HARTFORD ACCIDENT & INDEMNITY COMPANY, Appellant. STATE INDUSTRIAL BOARD, Respondent.— The award for disability between the time of the injury and June 1, 1925, having been made and paid, and there being no proof of total disability subsequent to June 1, 1925, the award appealed from is reversed and the claim remitted to the State Industrial Board to have determined whether or not, after June first, claimant has suffered a partial disability and, if so, for what period and to what extent. All concur.

In the Matter of the Claim of MARTIN WELCH, Respondent, v. STEVENS & THOMPSON PAPER COMPANY and Another, Appellants. STATE INDUSTRIAL BOARD, Respondent.— Award unanimously affirmed, with costs to the State Industrial Board.

STELLA CRANDALL WORDEN, Respondent, v. JOHN HENRY, as Administrator, etc., of CALISTA STEPFIELD, Deceased, Appellant.— Judgment unanimously affirmed, with costs.